239

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 68693.—D. Strauss Co., Inc., et al. *v.* United States, protests 246127–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 25, 1964

No. 68694.—Chain Bike Corp. *v.* United States, protest 58/2358 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68695.—Continental Diesel Corp. et al. *v.* United States, protests 60/8046, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 68696.—Metasco, Inc. *v.* United States, protest 60/13943 (Baltimore).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68697.—Irving Blitz & Associates et al. *v.* United States, protests 63/7149, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of lawn sprinklers and parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 25, 1964

No. 68698.—Davies, Turner & Co. *v.* United States, protest 63/11672–13774 (Chicago).

Opinion by RICHARDSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, JUNE 29, 1964

No. 68699.—S. S. Sarna, Inc. *v.* United States, protests 278411–K, etc. (New York).